The judgment of the district court is right, and is affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.

---

D. P. BLISS ET AL., PLAINTIFFS IN ERROR, V. D. M. BENEDICT, DEFENDANT IN ERROR.

MAXWELL, J.

The questions presented in this case are substantially the same as in *Peru Plow & Wheel Co.*, just decided, an additional ground of attachment being that defendant had absconded so that summons could not be served upon him, etc. The proof entirely fails to sustain this charge, or any of the charges set forth in the affidavit.

The judgment of the district court is right, and is affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.

---

SIMMONS HARDWARE CO., PLAINTIFF IN ERROR, V. D. M. BENEDICT, DEFENDANT IN ERROR.

MAXWELL, J.

The questions presented in this case are substantially the same as those in *Peru Plow & Wheel Co. against*

*Benedict*, just decided, and the same judgment will be entered. The judgment of the district court is affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.

---

JOHN SORENSON, PLAINTIFF IN ERROR, v. D. M. BENEDICT, DEFENDANT IN ERROR.

MAXWELL, J.

The questions presented in this case are substantially the same as those in *Peru Plow & Wheel Co. against Benedict*, just decided, and the same judgment will be entered. The judgment of the district court is affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.

---

A. H. FLOATEN, PLAINTIFF IN ERROR, v. GEORGE FERRELL, DEFENDANT IN ERROR.

1. **Practice in Supreme Court.** Alleged errors of law occurring at the trial, in the exclusion of certain evidence, examined and overruled.

2. **Injuries to Stock:** INSTRUCTIONS TO JURY. In an action by G. F. against A. H. F., for the negligent driving and management of a team of horses let for hire by G. F. to A. H. F., by means of which the team was driven upon a barb wire fence and injured, and where there was no evidence tending to connect G. F. in any manner with the existence of such fence, *Held*, Not